USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP TROY CHRISTY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> JEFF ALAN THOMPSON, et al., <br><br> Defendants. | ORDER SCHEDULING DISCOVERY CONFERENCE <br><br> 20-CV-2715 (CM)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for Discovery Disputes (Doc. No. 11). A telephonic Discovery Conference will be held on **Thursday, October 8, 2020 at 10:00 a.m.** to address the parties' outstanding discovery disputes. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: September 8, 2020
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge