# KERLEY, WALSH, MATERA & CINQUEMANI, P.C.
A PROFESSIONAL CORPORATION INCORPORATED IN THE STATE OF NEW YORK

| | | |
|---|---|---|
| BRIAN P. KERLEY<br>JEFFREY G. WALSH<br>ROSEMARY CINQUEMANI<br>GLENN J. MATERA<br>JEFFREY M. D1LUCCJO<br>PATRICK J. SHELLEY<br>STEPHEN E. RACH II<br>JAMES P. CRONIN<br>ROBERT K. LAPPING<br>LAUREN B. BRISTOL<br>TIMOTHY M. SHELLEY<br>KERRI E. LEVY | 200 SHEFFIELD STREET, SUITE 208<br>MOUNTAINSIDE, NEW JERSEY 07092<br>(908) 264-7361<br>Fax (866) 490-8940<br>———<br>2174 JACKSON AVENUE<br>SEAFORD, NEW YORK 11783<br>555 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK, NEW YORK 10017<br>*REMIT ALL RESPONSES TO THE<br>NEW JERSEY OFFICE | RICHARD J. HULL (NEW JERSEY OFFICE)<br>JOHAN A. OBREGON (NEW JERSEY OFFICE)<br>———<br>BRETT J. MILGRJM<br>ARGIRO DRAKOS<br>STEPHANIE A. JOHNSTON<br>FARIJE FREILICH<br>ANGELA M. SANTORUFO<br>JOY WODA SCHNEIDER<br>ALEXANDER MARTINEZ<br>ERICA ARIAS<br>LASHECA LEWIS<br>KRISTEN SPOEREL, OF COUNSEL<br>KATHLEEN LINDSAY, R.N., OF COUNSEL |

October 6, 2020

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/07/2020**

**MEMO ENDORSED**

<u>**VIA ECF**</u>

The Honorable Katharine H. Parker, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    **Philip Troy Christy v. Jeff Alan Thompson, et al.**
           **Action No.:   1:20-cv-02715-CM-KHP**
           <u>**Our File No.: 24648**</u>

Dear Judge Parker:

My office recently appeared on behalf of the defendants in this matter, by way of filing a Substitution of Attorney. I have become aware that there is a conference scheduled for this Thursday, October 8, 2020, before Your Honor. However, I will be out of the office on said date, with extremely limited access to phone and internet.

As such, I, along with consent of plaintiff's counsel, respectfully request that the scheduled conference be adjourned. I have spoken with plaintiff's counsel, and we are both available on the following dates, at 10:00 a.m. for the conference, if acceptable to Your Honor: October 13th, 14th, or 16th.

Thank you for your attention in this regard.

                                          Respectfully submitted,

                                          */s/ Johan A. Obregon*
                                          JOHAN A. OBREGON

JAO/ms

**The telephonic Discovery Conference scheduled for Thursday, October 8, 2020 at 10:00 a.m. is hereby rescheduled to <u>Tuesday, October 13, 2020 at 10:30 a.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

10/07/2020