UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2021

PHILLIP TROY CHRISTY, et al.,

                Plaintiffs,

-against-

JEFF ALAN THOMPSON, et al.,

                Defendants.

**ORDER SCHEDULING PRE-TRIAL CONFERENCE**

**20-CV-2715 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Pre-Trial Conference in this matter is hereby scheduled for **Friday, June 11, 2021 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

Dated:   June 3, 2021
           New York, New York

*Katharine H Parker*

                          KATHARINE H. PARKER
                          United States Magistrate Judge