UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

| | |
|---|---|
| PHILLIP TROY CHRISTY, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>JEFF ALAN THOMPSON, et al.,<br><br>　　　　　　　　　　　　Defendants. | **ORDER**<br><br>20-CV-2715 (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

　　　　For the reasons set forth at the telephonic conference held in the above-captioned case on June 11, 2021, the Court provides as follows:

　　　　The telephonic conference previously scheduled in this case for June 17, 2021 at 12:00 p.m. is hereby adjourned. Another telephonic case management conference is hereby scheduled to take place on **July 29, 2021 at 10:30 a.m.** Counsel are directed to dial **(866) 434-5269, access code: 4858267** at the scheduled time.

　　　　Further, discovery closed in this case back in May 2021. (*See* ECF No. 27.) However, given the parties' representations at the June 11 conference, the Court will permit limited additional discovery despite the fact that the expert discovery deadline has long since passed. Accordingly, the parties have until **August 10, 2021** to (1) obtain the additional medical records highlighted at the June 11 conference; (2) exchange an unedited version of the recently disclosed surveillance footage; and (3) conduct any necessary follow-up depositions based on those supplemental disclosures and documentation.

**SO ORDERED.**

Dated:   June 11, 2021
         New York, New York

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge