USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP TROY CHRISTY ET AL.,

                Plaintiff,

-against-

JEFF ALAN THOMPSON ET AL.,

                Defendant.

**ORDER**

20-CV-02715 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the parties' representation that they have settled this matter, the Initial Conference previously scheduled for **October 19, 2021 at 10:00 a.m.** is hereby adjourned *sine die*. It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **November 3, 2021,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before November 3, 2021; any request filed thereafter may be denied solely on that basis.**

**SO ORDERED.**

Dated: New York, New York
       October 4, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge